**In re: PICCADILLY CAFETERIAS, INC., Debtor.**

**State of Florida Department of Revenue, Plaintiff–Appellant,**

v.

**Piccadilly Cafeterias, Inc., Defendant–Appellee.**

**No. 06–13759**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 27, 2008.

Frederick F. Rudzik, State of FL, Dept. of Revenue, Tallahassee, FL, for Plaintiff–Appellant.

Ilyse Mindy Homer, Berger Singerman, Miami, FL, Leslie Gern Cloyd, Arthur J.

Spector, Berger Singerman, P.A., Fort Lauderdale, FL, for Defendant–Appellee.

James D. Newbold, Chicago, IL, Zachary Mosner, Seattle, WA, for Amicus Curiae.

Before BARKETT and KRAVITCH, Circuit Judges, and TRAGER,* District Judge.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States, see *Florida Dept. of Revenue v. Piccadilly Cafeterias, Inc.,* —— U.S. ——, 128 S.Ct. 2326, 171 L.Ed.2d 203 (2008), reversing our decision in *In re Piccadilly Cafeterias, Inc.,* 484 F.3d 1299 (11th Cir.2007). Accordingly, we REVERSE and REMAND to the District Court with instructions to reverse and remand to the Bankruptcy Court for further proceedings consistent with the Supreme Court's opinion.

---

* Honorable David G. Trager, United States District Judge for the Eastern District of New York, sitting by designation.